**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | **Hearing Date: 12/07/21** |
| | : | | **Time:  1:00 p.m.** |
| **JOSEPH J. BENDER** | : | | **Place: Courtroom #1** |
| **FRANCINE M. BENDER** | : | | **U.S. Bankruptcy Ct.** |
| | : | | **900 Market Street** |
| **DEBTORS** | : | **NO. 21-11328 (ELF)** | **Phila., PA 19107** |

## ORDER

    **AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by Cavalry SPV I, LLC as assignee of Citibank, N.A. ("the Respondent") in real property of the Debtor,

    And, the Debtor having asserted that the alleged lien arising from the judgment entered at Court of Common Pleas, Delaware County, PA, Docket No. 2019-009543 is subject to avoidance pursuant to 11 U.S.C. §522(f),

    And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

    It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in the real property of the Debtor listed and claimed exempt in Amended Schedule C of the Debtor's bankruptcy schedules is **AVOIDED UPON DISCHARGE,**

    And it is further **ORDERED** that Respondent's claim be reclassified as general unsecured.


**Date:**                               _____

                                      **ERIC L. FRANK**
                                      **U.S. BANKRUPTCY JUDGE**