**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph J. Bender                        CHAPTER 13
         Francine M. Bender
                 Debtor(s)               BKY. NO. 21-11328 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ *Michael Farrington*
                                                Michael Farrington
                                                10 Nov 2022, 12:35:06, EST

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322