United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11328-pmm
Joseph J. Bender                                                                      Chapter 13
Francine M. Bender
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                Page 1 of 4
Date Rcvd: Jun 13, 2024                      Form ID: pdf900                       Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph J. Bender, Francine M. Bender, 19 Steeplechase Circle, Aston, PA 19014-1464 |
| cr | + | Federal Home Loan Mortgage Corporation, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Federal Home Loan Mortgage Corporation, as Trustee, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Spring Valley Estate Homeowners Association, c/o Marcus & Hoffman P.C., 326 W State Street, Media 19063-3861 |
| 14606513 | + | Daniel J. Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14606498 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14738822 | + | Federal Home Loan Mortgage Corporation, C/O Michael Farrington, Esq., KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14606517 | + | Forwardline Financial, LLC, 21700 Oxnard Street, Suite 1450, Woodland Hills, CA 91367-7581 |
| 14606518 | + | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14606524 | + | Main Line Pathology Associates, 111 Continental Drive, Suite 304, Newark, DE 19713-4317 |
| 14606531 | | Radiology Associates of the Main Line, P.O. Box 678678, Dallas, TX 75267-8678 |
| 14606533 | #+ | Scott & Associates, P.C., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 14606535 | + | Southeast Radiology, Ltd., P.O. Box 3247, Evansville, IN 47731-3247 |
| 14606537 | + | Spring Valley Estates Association, c/o M. Stranen, Esquire, 326 W. State Street, Media, PA 19063-3861 |
| 14606538 | + | Steven Koplove, Esquire, Ktraft & Kraft, P.C., 3200 Penrose Ferry Road, Philadelphia, PA 19145-5500 |
| 14606541 | | Ware Medical Associates, Attn.: 17946N, P.O. Box 14000, Belfast, ME 04915-4033 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 14 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 14 2024 00:39:00 | FEDERAL HOME LOAN MORTGAGE CORPORATION, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14606503 | | Email/Text: ebn@americollect.com | Jun 14 2024 00:39:00 | Americollect, 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 14606505 | + | Email/Text: legal@arsnational.com | Jun 14 2024 00:39:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 14606502 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 00:44:41 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14616813 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 00:44:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 21-11328-pmm   Doc 99   Filed 06/15/24   Entered 06/16/24 00:37:53   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 61 |

| ID | | Method | Time | Recipient |
|---|---|---|---|---|
| 14606504 | ^ | MEBN | Jun 14 2024 00:18:37 | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 14623508 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2024 00:44:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14606506 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 14 2024 00:39:00 | Bank of America, N.A., 655 Papermill Road, Newark, DE 19711-7500 |
| 14606507 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 14 2024 00:39:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14606512 | | Email/Text: correspondence@credit-control.com | Jun 14 2024 00:39:00 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 14606508 | + | Email/Text: bankruptcy@cavps.com | Jun 14 2024 00:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14606509 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 14 2024 00:39:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14606510 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 14 2024 00:40:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 14606511 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 14 2024 00:40:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14606523 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2024 00:44:25 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14606514 | + | Email/Text: bknotice@ercbpo.com | Jun 14 2024 00:39:00 | Enhanced Recovery Corporation, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 14606516 | | Email/Text: Bankruptcy@FMAAlliance.com | Jun 14 2024 00:39:00 | FMA Alliance, Ltd., P.O. Box 2409, Houston, TX 77252-2409 |
| 14897049 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 14 2024 00:39:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14606515 | | Email/Text: data_processing@fin-rec.com | Jun 14 2024 00:39:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14613768 | + | Email/Text: assistant@collectionatlaw.com | Jun 14 2024 00:39:00 | Forwardline Financial, LLC., C/O Collection At Law, Inc., 3835 E. Thousand Oaks Blvd., Suite R-349, Westlake Village, CA 91362-3637 |
| 14606501 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 14 2024 00:39:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |
| 14606519 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2024 00:44:38 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 14606520 | | Email/Text: govtaudits@labcorp.com | Jun 14 2024 00:39:00 | Laboratory Corp. of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14606521 | | Email/Text: govtaudits@labcorp.com | Jun 14 2024 00:39:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14606522 | | Email/Text: camanagement@mtb.com | Jun 14 2024 00:39:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14611550 | + | Email/Text: camanagement@mtb.com | Jun 14 2024 00:39:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14606528 | ^ | MEBN | Jun 14 2024 00:18:16 | MRS Associates, Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14606525 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 00:39:00 | Midland Credit Management Inc., 320 East Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 14606527 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 00:39:00 | Midland Funding LLC, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14606526 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 00:39:00 | Midland Funding LLC, 320 East Big Beaver Road, #300, Troy, MI 48083-1271 |
| 14606529 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2024 00:39:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14606530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 00:44:42 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14618356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 01:19:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14606532 | + | Email/Text: ngisupport@radiusgs.com | Jun 14 2024 00:39:00 | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14606534 | | Email/Text: bankruptcynotices@sba.gov | Jun 14 2024 00:39:00 | Small Business Administration, 1441 L Street NW, Mail Code 5460, Washington, DC 20416-0001 |
| 14616536 | + | Email/Text: RASEBN@raslg.com | Jun 14 2024 00:39:00 | Specialized Loan Servicing LLC, c/o Charles Wohlrab, Esquire, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14610536 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 14 2024 00:39:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14606536 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 14 2024 00:39:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14609717 | + | Email/Text: mstranen@marcushoffman.com | Jun 14 2024 00:39:00 | Spring Valley Estates Association, c/o Michelle J. Stranen, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14606540 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 14 2024 00:40:00 | US Asset Management Inc., c/o EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14606539 | + | Email/Text: BAN5620@UCBINC.COM | Jun 14 2024 00:39:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Ste. 206, Toledo, OH 43614-1501 |
| 14620944 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2024 00:44:05 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606542 | + | Email/Text: PHILAW@weltman.com | Jun 14 2024 00:39:00 | Weltman, Weinberg & Reis Co., 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14606500 | *+ | Francine M. Bender, 19 Steeplechase Circle, Aston, PA 19014-1464 |
| 14606499 | *+ | Joseph J. Bender, 19 Steeplechase Circle, Aston, PA 19014-1464 |
| 14625931 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 61 |

Date: Jun 15, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Joseph J. Bender spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Francine M. Bender spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Spring Valley Estate Homeowners Association mcunningham@marcushoffman.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  JOSEPH  J. BENDER<br>  FRANCINE  M. BENDER<br><br>         Debtors | Chapter 13<br><br>Bankruptcy No. 21-11328-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 13, 2024**

Honorable Magdeline D. Coleman
Bankruptcy Judge